# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STELLAR SNACKS, LLC, a Nevada limited liability company,

    Plaintiff(s),

vs.

JM Construction Engineering, Inc., a California corporation, and JOHN DOES 1-10, inclusive,

    Defendant(s).

Case # 3:19-cv-00716-MMD-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____L. Carmen Rameriz_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Law Offices of Kelsey & Ramirez, LLP
(firm name)

with offices at _____712 W. 23rd St._____,
(street address)

__Merced__, __California__, __95340__,
(city) (state) (zip code)

__(209) 383-0110__, __carmen@ksrlawyers.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__JM Construction Engineering, Inc__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __NOVEMBER 24, 2009__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __California__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the State of California | November 24, 2009 | 264593 |
| United States Eastern District of California | December 30, 2009 | 264593 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE
(State "none" if Petitioner has no disciplinary proceedings, etc.)

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE
(State "none" if Petitioner has never been denied admission.)

7. That Petitioner is a member of good standing in the following Bar Associations.

STATE BAR OF CALIFORNIA
(State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_L. Carmen Ra[mirez]_
Petitioner's signature

STATE OF  California  )
                     )
COUNTY OF  MERCED  )

L. CARMEN RAMIREZ, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_L. Carmen Ra[mirez]_
Petitioner's signature

Subscribed and sworn to before me this

14 day of January, 2020.

_[signature]_
Notary Public or Clerk of Court

See attached cert.

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **Brian R. Morris**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

**54544 S. Fort Apache Rd. 108-151**
(street address)

**Las Vegas**, **Nevada**, **89148**
(city)        (state)        (zip code)

**702-886-0904**, **brmorris@lawforthepeople.com**
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brian R. Morris_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Rodrigo Maldonado Jr._____
(party's signature)

Rodrigo Maldonado Jr. as President of JR Construction
(type or print party name, title) Engineering, Inc.

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

5431                    brmorris@lawforthepeople.com
Bar number              Email address

APPROVED:

Dated: this __23rd__ day of __January__, 20__20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }
COUNTY OF Merced }

Subscribed and sworn to (or affirmed) before me on this __14__ day of __January__, __2020__
                                                            Date                    Month          Year

by __L. Carmen Ramirez__

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
*Signature of Notary Public*

CHRISTINA E. GARCIA
COMM. # 2154759
MERCED COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
MAY 26, 2020

*Seal*
*Place Notary Seal Above*

---------------------------------------------- OPTIONAL ----------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __United States Dist court of Nevada__

Document Date: _____

Number of Pages: __5__

Signer(s) Other Than Named Above: _____

The State Bar  
*of California*

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

# CERTIFICATE OF STANDING

January 9, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, L CARMEN RAMIREZ, #264593 was admitted to the practice of law in this state by the Supreme Court of California on November 24, 2009 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto  
Custodian of Records