Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 S. Fort Apache Rd. 108-151
Las Vegas, Nevada 89148
(702) 551-6583
brmorris@lawforthepeople.com
(Local Nevada co-counsel)

L. Carmen Ramirez, Esq.
California Bar No. 264593
*(Admission to Nevada pending)*
Law Offices of Kelsey & Ramirez, LLP
712 W. 23rd Street
Merced, California 95340
T: (209) 383-0110
Fax: (209) 383-0210
Attorneys for Defendant JM Construction
Engineering, Inc., a California corporation



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STELLAR SNACKS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> JM Construction Engineering, Inc., a California corporation, and JOHN DOES 1-10, inclusive, <br><br> Defendants, | ORDER <br><br> Case No. 3:19-cv-00716-MMD-CLB <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** <br> (First Request) |

Pursuant to Local Rule IA 6-1, Counsel for Plaintiff Stellar Snacks, LLC, through counsel of record Michael A. Burke, and Defendant's Nevada counsel, Brian R. Morris with attorney L. Carmen Ramirez, a California attorney awaiting approval to appear in this case, agree and stipulate that the due date to file a responsive pleading to the Complaint (ECF No. 1) as well as Defendant's Certificate of Interested Parties will be extended by twenty-one (21) days. This is Defendant's first request for an extension to file a responsive pleading as well as the Certificate of Interested Parties. The original due date was January 7, 2020 and the new requested due date is January 28, 2020.

On January 2, 2020, Plaintiff gave Defendant an oral extension to file a responsive pleading and requested Defendant prepare a proposed Stipulation and Order reflecting the agreed upon

extension. However, Defendant's counsel hereby represents that it was just able to locate and secure local co-counsel last Friday (January 17, 2020) to be able to draft and have this Stipulation approved by Plaintiff's counsel. Thus, this Stipulation is being filed now. Ms. L. Carmen Ramirez has filed her Verified Petition for Permission to Practice in this Case (ECF No. 8). A proposed Order is attached hereto as Exhibit 1.

The parties further stipulate and agree that this stipulation is entered into in good faith and not for the purposes of unnecessary delay and that neither party will be prejudiced by order of the Court approving the proposed stipulation.

Dated this 21st day of January, 2020.

By: /s/ Brian Morris
Brian Morris, Esq.
5455 S Fort Apache Rd, Ste 108-151
Las Vegas, Nevada 89148
Local Attorney for Defendant

Dated this 21st day of January, 2020.

Robinson, Sharp, Sullivan & Brust

By: /s/ Michael A. Burke
Michael A. Burke, Esq.
71 Washington Street
Reno, Nevada 89503
Attorneys for Plaintiff

IT IS SO ORDERED

DATED: 1/22, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

## Index of Exhibits

**Exhibit**

**1.    Proposed Order**

**Exhibit 1**

**Exhibit 1
Proposed Order**

**Exhibit 1**

**Exhibit 1**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STELLAR SNACKS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>JM Construction Engineering, Inc., a California corporation, and JOHN DOES 1-10, inclusive,<br><br>    Defendants, | Case No. 3:19-cv-00716-MMD-CLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rule IA 6-1, Counsel for Plaintiff Stellar Snacks, LLC, through counsel of record Michael A. Burke, and Defendant's Nevada counsel, Brian R. Morris with attorney L. Carmen Ramirez, a California attorney awaiting approval to appear in this case, have agreed and stipulated that Defendant may have through January 28, 2020 to file a responsive pleading to Plaintiff's Complaint (ECF No. 1) as well as file its Certificate of Interested Parties. Based upon the Stipulation (ECF No. 9) and good cause appearing,

IT IS SO ORDERED

DATED: 1/23, 2020.

_____
United States Magistrate Judge