# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

| | |
|---|---|
| Stellar Snacks, LLC<br>Plaintiff (s),<br>V.<br>JM Construction Engineering, Inc.,<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:19-cv-00716 |

Notice is hereby given that, subject to approval by the court, __JM Construction Engineering, Inc.__ substitutes
(Party (s) Name)

__David C. Bass__, State Bar No. __15002__ as counsel of record in
(Name of New Attorney)

place of __L. Carmen Ramirez__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Koeller, Nebeker, Carlson & Haluck, LLP

Address: 400 South 4th Street, Suite 600, Las Vega, NV 89101

Telephone: (916) 724-5700        Facsimile (916) 788-2850

E-Mail (Optional): David.Bass@knchlaw.com

I consent to the above substitution.

Date: 2/27/2020

/s/ Rob Cruz
JM Construction Engineering, Inc.
(Signature of Party (s))

I consent to being substituted.

Date: 2/27/2020

/s/ L. Carmen Ramirez
L. Carmen Ramirez
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/27/2020

/s/David C. Bass
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/28/2020

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]