MICHAEL A. BURKE, ESQ. (SBN: 11527)
mburke@rssblaw.com
HANNAH E. WINSTON, ESQ. (SBN: 14520)
hwinston@rssblaw.com
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151

L.!EDWARD HUMPHREY, ESQ. (SBN: 9066)
Ed@hlawnv.com
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
Telephone: (775) 420-3500

*Attorneys for Plaintiff Stellar Snacks LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STELLAR SNACKS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JM CONSTRUCTION ENGINEERING, INC. a California corporation; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00716-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

It is hereby STIPULATED AND AGREED by and between Plaintiff STELLAR SNACKS, LLC ("Plaintiff") and Defendant JM CONSTRUCTION ENGINEERING, INC (collectively "Defendant"), by and through their attorneys of record, as follows:

1. Pursuant to this Court's Order to Show Cause dated March 25, 2020 (ECF. 27), Plaintiff undertook to review and confirm whether any of its owners/members are residents of California which is the State of incorporation of Defendant. In conducting this review, Plaintiff determined that one of its investors that holds a 1% ownership interest in

Plaintiff resides in California. Given that finding, diversity jurisdiction cannot be maintained; and therefore, this Court lacks subject matter jurisdiction. This determination was immediately disclosed to Counsel for Defendant.

2. In subsequent discussions amongst counsel, it was agreed that the parties will stipulate to dismiss the above captioned action without prejudice so that Plaintiff could refile its Complaint in the Second Judicial District Court of the State of Nevada, County of Washoe which all parties believe to be the proper venue for this matter.

3. Therefore, based upon the foregoing, the Parties hereby agree that, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), all claims asserted herein should be dismissed without prejudice, with all parties bearing their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 6th day of April, 2020.    DATED this 6th day of April, 2020.

**KOELLER, NEBEKER, CARLSON, HALLUCK, LLP.**    **ROBISON SHARP SULLIVAN & BRUST**

 /s/ David C. Bass    /s/ Michael A. Burke
STEPHANIE L. YOUNG, ESQ.    MICHAEL A. BURKE, ESQ.
DAVID C. BASS, ESQ.    71 Washington St.
1478 Stone Point Drive, Suite 400    Reno, NV 89503
Roseville, CA 95661
*Attorneys for Defendant JM Construction & Engineering, Inc.*

L. EDWARD HUMPHREY, ESQ.
HUMPHREY LAW PLLC
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this __6th__ day of April, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the **STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** on all parties to this action by the method(s) indicated below:

____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

> Stephanie L. Young, Esq.
> David C. Bass, Esq.
> Koeller, Nebeker, Carlson & Haluck, LLP
> 1478 Stone Point Drive, Suite 400
> Roseville, CA 95661

__X__ by using the Court's file and serve system.

____ by electronic email addressed to:

____ by personal delivery/hand delivery addressed to:

____ by Federal Express, standard overnight delivery, addressed to:

DATED: This __6th__ day of April, 2020.

                                             /s/ Mary Carroll Davis
                                        Employee of Robison, Sharp, Sullivan & Brust